## Commonwealth *v.* Brown, Appellant.

Submitted November 25, 1975. *John R. Cook*, Trial Defender, *John J. Dean*, Chief, Appellate Division, and *Ralph J. Cappy*, Public Defender, for appellant; *Louis R. Paulick* and *Robert L. Eberhardt*, Assistant District Attorneys, *Chris G. Copetas*, Deputy Assistant District Attorney, *Michael J. Reilly*, Administrative Assistant District Attorney, and *Robert E. Colville*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.